DOCKET NO. 419

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH AT LOS ANGELES, CALIFORNIA, ON MARCH 1, 1978

ORDER DENYING TRANSFER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Continental Air Lines, Inc., a defendant in the three actions listed on the attached Schedule A, for transfer of the actions pending in the District of New Jersey and the Southern District of Texas to the Central District of California for coordinated or consolidated pretrial proceedings with the action pending there.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). Furthermore, we observe that a discovery cutoff date of April 28, 1980, has been set in the California action. We note that suitable alternatives to transfer under Section 1407 exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Penitentiary Postal Procedure Litigation, 465 F. Supp. 1293, 1294-95 (J.P.M.L. 1979); In re Commercial Lighting Products, Inc. Contract Litigation, 415 F. Supp. 392, 393 (J.P.M.L. 1976). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1977).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 pertaining to the actions listed on the following Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Schedule A

MDL-419 -- In re Air Crash Disaster at Los Angeles, California, on March 1, 1978

    Southern District of Texas

George Abert, et al. v. Continental Airlines, Inc., C.A. No. H-79-2476

    District of New Jersey

George Lambros, Jr., et al. v. Continental Airlines, Inc., et al., C.A. No. 79-2349

    Central District of California

Herbert Devries, et al. v. Continental Airlines, Inc., et al., C.A. No. CV79-815-IH